IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEAH JOHNSON | : | CIVIL ACTION |
| v. | : | |
| SEAWORLD PARKS & ENTERTAINMENT, LLC | : | NO. 18-2999 |

**O R D E R**

AND NOW, this 19th day of December, 2018, upon notification by counsel that the above-captioned matter has been settled, it is hereby ORDERED that the matter is marked SETTLED and CLOSED for statistical purposes.

The court specifically retains jurisdiction to enforce the terms of the Settlement Agreement.

BY THE COURT:

*/s/ Carol Sandra Moore Wells*
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE