**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| ALEAH JOHNSON, et al | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | |
| | : | |
| SESAME PLACE, et al | : | NO. 18-2999 |
| | : | |

**O R D E R**


AND NOW this 4th day of February, 2019, it is hereby **ORDERED** that Docket Entry

No. 20 be **filed under seal**.  Counsel of record will be permitted to obtain a copy through the

Clerk of Court.


BY THE COURT:


 */s/ Carol Sandra Moore Wells* 

CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE