UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| ALEAH JOHNSON, ET AL. | : | |
| Plaintiff, | : | NO. 2:18-cv-02999 |
| v. | : | |
| SESAME PLACE, ET AL. | : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

**ORDER**

AND NOW, this __26th__ day of __February__, 2019, upon consideration of Plaintiffs' Motion to Approve Minor's Compromise, and any response thereto, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and the settlement herein is APPROVED.

The settlement funds for the subject minors are to be placed in trust by parent Plaintiff until the minors reach the age of majority.

_____
Carol Sandra Moore Wells    ,J.